UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JIHUA "MIKE" LIU and SUN RAY GROUP, INC.,<br><br>　　　　　　　Defendants. | :<br>:<br>:<br>:<br>:   Court No. 22-00330<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SUBSTITUTION OF ATTORNEY

PLEASE TAKE NOTICE that Beverly A. Farrell hereby enters her appearance as principal attorney of record for the United States, plaintiff, in the above-captioned action, and requests that all papers in connection therewith be referred to her attention. Mr. Luke Mathers may be removed as an attorney of record in this matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　PATRICIA M. McCARTHY
　　　　　　　　　　　　　　　　　　Director

　　　　By:　　　　/s/ Justin R. Miller
　　　　　　　　　　　　　　　　　　JUSTIN R. MILLER
　　　　　　　　　　　　　　　　　　Attorney-In-Charge
　　　　　　　　　　　　　　　　　　International Trade Field Office

　　　　　　　　　　　　　　　　　　/s/ Beverly A. Farrell
　　　　　　　　　　　　　　　　　　BEVERLY A. FARRELL
　　　　　　　　　　　　　　　　　　Senior Trial Attorney
　　　　　　　　　　　　　　　　　　Department of Justice, Civil Division
　　　　　　　　　　　　　　　　　　Commercial Litigation
　　　　　　　　　　　　　　　　　　26 Federal Plaza, Room 346
　　　　　　　　　　　　　　　　　　New York, New York 10278
　　　　　　　　　　　　　　　　　　Tel.: (212) 264-0483 or 9230
Dated: November 14, 2025　　　　　　*Attorneys for Plaintiff*